# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 18-206 (ADC)** |
| Plaintiff | |
| V. | |
| **ANTHONY L. VISALDEN-ROSADO** | |
| Defendant | |

## DEFENDANT ANTHONY L. VISALDEN-ROSADO'S SENTENCING MEMORANDUM

**TO THE HONORABLE COURT:**

**COMES NOW**, defendant **ANTHONY L. VISALDEN-ROSADO'S,** by and through the undersigned attorney, and very respectfully **ALLEGES** and **PRAYS** as follows:

Defendant Anthony L. Visalden-Rosado hereby humbly presents a Sentencing Memorandum for this Honorable Court's consideration.

### INTRODUCTION

1. Defendant Anthony Louis Visaldén-Rosado, was the subject of a Four Count Indictment rendered by a District of Puerto Rico Grand Jury on March 22, 2018. The defendant was charged in All Counts.

2. According to the Report of Investigation, on March 14, 2018, at approximately 9:30 a.m., Police of Puerto Rico (POPR) agents from the Caguas Area,

responded to a burglary in progress at a residence located in Gurabo, Puerto Rico. While responding to the residence, POPR agents witnessed two (2) individuals running towards a wooded area near the fence. POPR agents were able to track the two individuals and arrested them. One of the subjects was identified as Anthony Visaldén-Rosado.

## ARGUMENT

3. Defendant Rosado-Visalden feels that he deserves a reasonable sentence and/or a sentence to the lower end of the guidelines due to the following particular personal factors:

   a. Defendant Rosado-Visalden is 26 year old young man who, despite certain limitations, has never been involved in any violence; is a first time offender, without prior criminal record and was a good citizen of this island whit a promising future.

   b. Defendant has no children, however he was raising the two children of his consensual partner, Maite Franquéz-Polo for the last six (6) years.

   c. The defendant unfortunately decided to participate in this offense out of desperation after finding himself in a terrible economical situation after the passing of Hurricane Maria.

   d. Mr. Visaldén was diagnosed with Attention Deficit and Hyperactivity Disorder (ADHD) and a learning disability since a young age. He

    received psychological treatment and was placed in special education in school. This young man was easily manipulated to participate in this offense.

 e. The defendant did not cause any physical harm to any of the victims.

 f. Family and other members of the community have expressed deep appreciation and foresee a great integration for the defendant, once he serves his time in confinement. The defendant has excellent support from this group and should never be involved in another offense. (See letters of recommendation as exhibit 1).

### PRAYER

For all the above reasons, defendant Rosado-Visalden respectfully requests that this Honorable Court sentence the defendant to an amount of incarceration no greater than necessary.

**WHEREFORE**, it is respectfully requested from this Honorable Court that to take notice of the information provided herein and that this motion **BE NOTED**.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 4th day of June 2019.

           **S/LUIS RAFAEL RIVERA**

**LUIS RAFAEL RIVERA**
**USDC-PR 129411**
**LUIS RAFAEL RIVERA LAW OFFICE**
CAPITAL CENTER BLDG.
SUITE 401
ARTERIAL HOSTOS AVENUE
HATO REY, PUERTO RICO 00918
PHONE: (787) 763-1780
FAX:   (787) 763-2145
E-MAIL: luiswichyrivera@hotmail.com

**I HEREBY CERTIFY**: That I on this same date electronically filed the foregoing document with the Clerk of Court for the District of Puerto Rico, through the CM/ECF electronic filing system, which will provide notification of this filing to the United States Attorney's Office for the District of Puerto Rico.

**S/LUIS RAFAEL RIVERA**
**LUIS RAFAEL RIVERA**
**USDC-PR 129411**
**LUIS RAFAEL RIVERA LAW OFFICE**